

54
Amo
3/28/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLENDA COLE,

        Plaintiff  :  CIVIL ACTION NO. 1:CV-00-1532
                    (Judge Kane)

    v.

HERCO, INC. d/b/a HERSHEY PARK
AND CONVENTION CENTER and
SHUTTER PUP, INC.,

        Defendants

FILED
SCRANTON
MAR 28 2002
PER  RMP.
DEPUTY CLERK

CLERK'S TAXATION OF COSTS
March 28, 2002

The plaintiff has filed a verified bill of costs in the amount of $988.35. No objections have been filed.

When a bill of costs is properly verified, Local Rule 54.4(10) requires "the opposing party to establish that a claim is incorrectly stated, unnecessary or unreasonable." In all events, however, the prevailing party must first "establish to the court's satisfaction that the particular costs for which reimbursement is claimed are authorized by statute." Green Construction Co. v. Kansas Power & Light Co., 153 F.R.D. 670, 675 (D.Kan. 1994). As no objections have been filed, the bill of costs will be approved to the extent that it reflects reimbursable expenditures authorized by appropriate cost-shifting statutes and the Local Rules of Court.

AO 72A
(Rev. 8/82)