IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLENDA COLE,

    Plaintiff

v.

HERCO, INC. d/b/a HERSHEY PARK
AND CONVENTION CENTER and
SHUTTER PUP, INC.,

    Defendants

CIVIL ACTION NO. 1:CV-00-1532
(Judge Kane)

JUDGMENT

Pursuant to the court's judgment entered November 27, 2001 and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the defendant Shutter Pup, Inc. and in favor of the plaintiff Glenda Cole n the amount of $963.35.

ATTEST:

Mary E. D'Andrea
MARY E. D'ANDREA, Clerk

With one exception, a claim of $25.00 for unspecified "Special Advance Fees", the items listed in the bill of costs appear appropriate for taxation under 28 U.S.C. §§ 1821, 1920 and 1923.[1] **THEREFORE, IT HEREBY IS ORDERED THAT** costs be taxed against the defendant Shutter Pup, Inc. and in favor of the plaintiff in the amount of $963.35.

Federal Rule of Civil Procedure Rule 54(d)(1) and LR 54.3 provide that any party may appeal this decision to the court within five (5) days. Written specifications of the items objected to and the grounds of objections must be filed with the court and served on opposing counsel or opposing parties within five (5) days. LR 54.3.

                                                                   _Mary E. D'Andrea_
                                                                   MARY E. D'ANDREA, Clerk

cc: All parties/counsel

---

1. If the special fee is for pro hac vice admission of plaintiff's counsel, then this is most certainly a personal expense that may not be taxed against the defendant.

AO 72A
(Rev. 8/82)